

FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR348-JAH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| MARIA DE LOS ANGELES GUZMAN (1), JOHN JOSEPH OCONNELL-BOSHEARS (2) | |
| Defendants. | |

The United States Attorney charges:

On or about January 28, 2008, within the Southern District of California, defendants MARIA DE LOS ANGELES GUZMAN and JOHN JOSEPH OCONNELL-BOSHEARS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Avalos-Alvarez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2/12/08.

KAREN P. HEWITT
United States Attorney

_for_ JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
1/31/08