2-2

AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES OF AMERICA

v.

JOHN JOSEPH OCONNELL-BOSHEARS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR348-JAH

I, JOHN JOSEPH OCONNELL-BOSHEARS, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2.12.08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature: John Oconnell]
Defendant

[signature: Kurt David Hermansen]
Defense Counsel

Before [signature]
Judicial Officer