Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California  92101-3909
Telephone:    (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:     (619) 436-8117
Attorney for Defendant
KDH@KurtDavidHermansen.com
JOHN JOSEPH OCONNELL-BOSHEARS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.  08cr0348-JAH-2 |
|          Plaintiff, | )  ACKNOWLEDGMENT OF |
|  | )  NEXT COURT DATE |
| v. | ) |
| JOHN JOSEPH OCONNELL-BOSHEARS, | ) |
|          Defendant. | ) |
|  | ) |

I, JOHN JOSEPH OCONNELL-BOSHEARS, hereby acknowledge that the sentencing hearing presently set for May 27, 2008, has been moved to July 14, 2008 at 10:30 a.m., and that I am to appear on July 14, 2008 at 10:30 a.m., before the Honorable John A. Houston, in the United States District Court, Southern District of California, in San Diego, California. I further understand that my acceptance of plea hearing presently set for May 27, 2008 will remain on calendar and I must appear before the Honorable John A. Houston on May 27, 2008 at 10:30 a.m. in addition to my obligation to appear on July 14, 2008 at 10:30 a.m..

Dated: __3-28-08__

JOHN JOSEPH OCONNELL-BOSHEARS
Defendant