```
1  LAW OFFICE OF KURT DAVID HERMANSEN
   Kurt David Hermansen Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:    (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:     (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   JOHN JOSEPH OCONNELL-BOSHEARS
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0348-JAH-2 |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION TO KEEP ACCEPTANCE OF PLEA HEARING ON CALENDAR FOR MAY 27, 2008 AND TO CONTINUE SENTENCING HEARING TO **JULY 14, 2008** AS TO DEFENDANT OCONNELL-BOSHEARS ONLY |
| v. | ) | |
| JOHN JOSEPH OCONNELL-BOSHEARS, | ) | |
| Defendants. | ) | |

IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Jones, Assistant United States Attorney, and the Defendant, JOHN JOSEPH OCONNELL-BOSHEARS, by and through his counsel, Kurt David Hermansen, that the acceptance of plea hearing remain on calendar for May 27, 2008.  Further, defendant requests that the sentencing hearing in the above entitled case scheduled for May 27, 2008 at 10:30 a.m., be continued to July 14, 2008, at 10:30 a.m. for Mr. OCONNELL-BOSHEARS only.

The parties agree that the time between May 27, 2008 and July 14, 2008 is excludable under the Speedy Trial Act for acceptance of plea.

1  The undersigned defense attorney for Mr. OCONNELL-BOSHEARS called the Court's
2 courtroom deputy to obtain the new date and that date is agreeable to both parties. A proposed
3 order with respect to this joint motion is being submitted directly to the court via
4 efile_houston@casd.uscourts.gov.

5  Defendant OCONNELL-BOSHEARS is out of custody on bond. An acknowledgment
6 of the next court date is being filed contemporaneously with this joint motion.

Respectfully submitted,

Dated: *March 31, 2008*          *s/Kurt David Hermansen*
                                  Attorney for Defendant
                                  Email: KDH@KurtDavidHermansen.com

Dated: *March 31, 2008*          *s/Nicole Jones*
                                  Assistant United States Attorney
                                  Email: Nicole.Jones@usdoj.gov

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0348-JAH-2 |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| JOHN JOSEPH OCONNELL-BOSHEARS, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO KEEP ACCEPTANCE OF PLEA HEARING ON CALENDAR FOR MAY 27, 2008 AND TO CONTINUE SENTENCING HEARING TO JULY 14, 2008 AS TO DEFENDANT OCONNELL-BOSHEARS ONLY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Kurt David Hermansen**   KDH@KurtDavidHermansen.com

**Neil R Trop**   neiltroplaw@hotmail.com

**U S Attorney CR**   Efile.dkt.gc2@usdoj.gov

**John C Ellis, Jr**   john_ellis@fd.org, marylou_belteton@fd.org

**Motion manually e-mailed to Nicole Jones at Nicole.Jones@usdoj.gov**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _March 31, 2008_   _s/Kurt David Hermansen_
  Attorney for Defendant
  Email: KDH@KurtDavidHermansen.com