UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN JOSEPH OCONNELL-BOSHEARS,<br><br>　　　　　Defendant. | Case No.  08cr0348-JAH-2<br><br>**ORDER KEEPING ACCEPTANCE OF PLEA HEARING ON CALENDAR FOR MAY 27, 2008 AND CONTINUING SENTENCING HEARING TO JULY 14, 2008 AS TO DEFENDANT OCONNELL-BOSHEARS BASED ON JOINT MOTION** |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the acceptance of plea hearing remain on calendar for May 27, 2008.  Further, the sentencing hearing is continued to July 14, 2008 at 10:30 a.m. as to defendant John Joseph OConnell-Boshears only.  Defendant OConnell-Boshears is out of custody and has filed an acknowledgment of next court date.

**IT IS SO ORDERED.**

DATED: April 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

08cr0348 JAH